UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RENEE MARANDA, individually and on
behalf of all others similarly situated

       v.                                                                                CA 14-071 ML

CACH, LLC and
LAW OFFICE OF JOE PEZZUTO, LLC

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motions to Compel Arbitration and to Dismiss (Docket #7 and #9).  Although Plaintiff sought, and was granted, an extension of time to file her response (Docket #10), no objection to the Motions have been filed within the time allotted.  Accordingly, the Court treats the Motions as unopposed.

The Motions to Compel Arbitration are GRANTED, and, because all of Plaintiff's claims can be resolved in arbitration, this case is DISMISSED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
May 29, 2014